FILED
United States District Court
Western District of Arkansas
May 27 2025
Office of the Clerk

# UNITED STATES DISTRICT COURT
## Western District of Arkansas

| | |
|---|---|
| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
| v. | (For **Revocation** of Probation or Supervised Release) |
| LAERIC LEE WEST | Case No.  5:12CR50046-001 / 5:23CR50077-001 |
| | USM No.  11108-010 |
| | Anna M. Williams |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violations:  Violation Numbers 1, 2, 4, 5, 6, 7, 8, 9, 10, and 11.

☒ was found in violation of condition(s) count(s)  3 and 12.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Mandatory Condition No. 3: Unlawful Use of a Controlled Substance | 10/03/2024 |
| 2 | Mandatory Condition No. 3: Unlawful Use of a Controlled Substance | 10/15/2024 |
| 3 | Special Condition No. 2: Treatment Noncompliance | 10/21/2024 |
| 4 | Mandatory Condition No. 3: Unlawful Use of a Controlled Substance | 10/23/2024 |
| 5 | Special Condition No. 2: Treatment Noncompliance | 11/12/2024 |
| 6 | Special Condition No. 2: Treatment Noncompliance | 11/21/2024 |
| 7 | Standard Condition No. 5: Failure to Live at a Place Approved by the Probation Office | 11/26/2024 |
| 8 | Special Condition No. 2: Treatment Noncompliance | 12/04/2024 |
| 9 | Mandatory Condition No. 3: Unlawful Use of a Controlled Substance | 12/18/2024 |
| 10 | Special Condition No. 2: Treatment Noncompliance | 12/23/2024 |
| 11 | Mandatory Condition No. 3: Unlawful Use of a Controlled Substance | 12/30/2024 |
| 12 | Mandatory Condition No. 1: New Law Violation | 01/12/2025 |

The defendant is sentenced as provided on pages  2–3  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ Upon motion of the Government, the Court dismissed condition(s)_____ and the defendant is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  2578

Defendant's Year of Birth:  1988

City and State of Defendant's Residence:  Fort Smith, Arkansas

May 19, 2025
Date of Imposition of Judgment

*(signature)*
Signature of Judge

Honorable Timothy L. Brooks, United States District Judge
Name and Title of Judge

May 27, 2025
Date

| | |
|---|---|
| DEFENDANT: | LAERIC LEE WEST |
| CASE NUMBER: | 5:12CR50046-001<br>5:23CR50077-001 |

Judgment — Page  2  of  3

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:
**Twenty-four (24) months for Case Number 5:12CR50046-001 and twenty-four (24) months for Case Number 5:23CR50077-001, with twelve (12) months to run consecutive with Case Number 5:12CR50046-001 and twelve (12) months to run concurrently to Case Number 5:12CR50046-001, for a total of thirty-six (36) months imprisonment, with credit for time served since January 12, 2025. There will be no term of supervised release to follow.**

☒ The court makes the following recommendations to the Bureau of Prisons:

**That the defendant be designated to Terre Haute FCI. If not designated to Terre Haute FCI that the defendant be designated to another Bureau of Prisons drop out yard.**

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____ .

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____

AO 245D (Rev. 11/16) Judgment in a Criminal Case for Revocations
Sheet 5 — Criminal Monetary Penalties

Judgment — Page 3 of 3

DEFENDANT: **LAERIC LEE WEST**
CASE NUMBER: **5:12CR50046-001**
**5:23CR50077-001**

## CRIMINAL MONETARY PENALTIES

The defendant must pay the following total criminal monetary penalties under the schedule of payments set forth on Sheet 6.

|  | Assessment | JVTA Assessment* | Fine | Restitution |
|---|---|---|---|---|
| **TOTALS** | $ 100.00* | $ -0- | $ 8,856.51* | $ -0- |

*The defendant has a remaining fine balance of $8,856.51 in Case No. 5:12CR50046-001 and a remaining special assessment balance of $100 in Case No. 5:23CR50077-001.

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss**** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| | | | |

| **TOTALS** | $ | $ | |
|---|---|---|---|

☐ Restitution amount ordered pursuant to plea agreement   $ _____

☐ The defendant must pay interest on restitution or a fine more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☒ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☒ the interest requirement is waived for the   ☒ fine   ☐ restitution.

☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.